```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION
```

WILLIE MASON
(ADC #093233)                                          PLAINTIFF

    V.                     Civil No. 14-6140

LT. PERKINS; SGT. WILLIAMS;
CPL. SADDLEWHITE; and
MELVIN BRADFORD                                        DEFENDANTS

## O R D E R

On this 13th day of April 2015, there comes on for consideration the report and recommendation filed in this case on March 10, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. (Doc. 5). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint (doc. 1) is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge